FILED: March 27, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1634 (L)
(3:20-cv-00400-DJN-EWH)

_____

MOKE AMERICA LLC, a New York limited liability company

       Plaintiff - Appellee

v.

MOKE INTERNATIONAL LIMITED

       Counter Claimant - Appellant

 and

AMERICAN CUSTOM GOLF CARS, INC., a California corporation; MOKE
USA, LLC, a Delaware limited liability company

       Defendants

 and

BLACK AND WHITE CORPORATIONS I-X; ABC PARTNERSHIPS I-X;
JOHN AND JANE DOES I-X; DANIELS INDUSTRIES, LLC, an Ohio limited
liability company; ANTOINE VERGLAS, INC., a New York corporation

       Third Party Defendants

_____

No. 23-1675
(3:20-cv-00400-DJN-EWH)

_____

MOKE AMERICA LLC, a New York limited liability company

       Plaintiff - Appellant

v.

MOKE INTERNATIONAL LIMITED

       Counter Claimant - Appellee

 and

MOKE USA, LLC, a Delaware limited liability company

       Defendant - Appellee

 and

AMERICAN CUSTOM GOLF CARS, INC., a California corporation

       Defendant

 and

BLACK AND WHITE CORPORATIONS I-X; ABC PARTNERSHIPS I-X; JOHN & JANE DOES I-X; DANIELS INDUSTRIES, LLC, an Ohio limited liability company; ANTOINE VERGLAS, INC., a New York corporation

       Third Party Defendants

_____

No. 23-1720
(3:20-cv-00400-DJN-EWH)

_____

MOKE AMERICA LLC, a New York limited liability company

       Plaintiff - Appellee

v.

MOKE USA, LLC, a Delaware limited liability company

       Defendant - Appellant

 and

AMERICAN CUSTOM GOLF CARS, INC., a California corporation

       Defendant

MOKE INTERNATIONAL LIMITED

       Counter Claimant

 and

BLACK AND WHITE CORPORATIONS I-X; ABC PARTNERSHIPS I-X; JOHN & JANE DOES I-X; DANIELS INDUSTRIES, LLC, an Ohio limited liability company; ANTOINE VERGLAS, INC., a New York corporation

       Third Party Defendants

_____

O R D E R

_____

This case is scheduled for oral argument on May 8, 2024.

Upon consideration of submissions relative to appellants Moke International Limited and Moke USA, LLC's motion to supplement the record and/or take judicial notice of United States Patent and Trademark Office and Trademark Trial and

Appeal Board documents, the court defers ruling on the motion until after oral argument.

For the Court

/s/ Nwamaka Anowi, Clerk